of Rochester, due to change of grade of East Avenue. No opinion. Award of commissioners confirmed, with costs. See, also, 149 N. Y. Supp. 1106.

PERRY, Respondent, v. PETER KEELER BLDG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by George H. Perry against the Peter Keeler Building Company. No opinion. Judgment and order affirmed, with costs. See, also, 149 N. Y. Supp. 1106.

PETERS, Appellant, v. KELSEY, Respondent. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Frederick Peters against Harry W. Kelsey. No opinion. Judgment and order unanimously affirmed, with costs.

In re PETZE. (Supreme Court, Appellate Division, First Department. December 24, 1914.) In the matter of William R. Petze. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 149 N. Y. Supp. 1106.

PFAELZER, Appellant, v. BACH FUR CO. OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Morris Pfaelzer against the Bach Fur Company of New York. F. Gilbert, of New York City, for appellant. H. L. Scheuerman, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) In the matter of the application of Ellery O. Phillips, as receiver of the estate of Liborio Marroni, a judgment debtor. No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

PIXLEY, Appellant, v. COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASS'N OF AMERICA, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Ella A. Pixley against the Commercial Travelers' Mutual Accident Association of America.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, P. J., and LAMBERT, J., dissent, upon the ground that the evidence presented questions of fact for the jury.

POPPENBERG, Appellant, v. R. M. OWEN & CO., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Gustav H. Poppenberg against R. M. Owen & Co. No opinion. Judgment and order (84 Misc. Rep. 126, 146 N. Y. Supp. 478) affirmed, with costs.

PORTER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Laura A. Porter, as administratrix, etc., against the City of New York. No opinion. Motion granted, upon condition that plaintiff also pay all costs of the action to date, and stipulate that defendant may read in evidence the testimony of the former witness, now stationed in the Philippines, if it desires to do so. See, also, 163 App. Div. 866, 147 N. Y. Supp. 1136.

PORTER, Respondent, v. MUNICIPAL GAS CO. OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by John T. Porter against the Municipal Gas Company of the City of Albany. No opinion. Order affirmed, with $10 costs and disbursements.

POWERS, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by William F. Powers against Hortense Powers. No opinion. Motion for reargument (of 150 N. Y. Supp. 213) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

POWLOWSKI, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Louis Powlowski, an infant, etc., against the New York Central & Hudson River Railroad Company. No opinion. Appeal dismissed, unless appellant file and serve briefs by November 24, 1914, and pay respondent's attorney $10.

PRIME et al., Respondents, v. HUGHES et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Peter M. Prime and others, as administrators, etc., of Henry M. Prime, deceased, against Mary A. Hughes and others. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, without costs, on the authority of Main v. Pender, 88 App. Div. 237, 85 N. Y. Supp. 428.

PRINCE v. REISER. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Henry Prince against Ely J. Reiser. No opinion. Motion granted. Order filed. See, also, 163 App. Div. 958, 148 N. Y. Supp. 1139; 149 N. Y. Supp. 1107.

PUBLIC BANK OF NEW YORK CITY, Respondent, v. LONDON et al., Appellants. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by the Public Bank of New York City against Louis London and others. M. London, of New York City, for appellants. H. L. Moses, of New York City, for respondent. No opinion. Judgment and decision (147 N. Y. Supp. 738) modified, by striking out any award of interest upon the sum